HENRY SIEBERT, Appellant, *v.* CHARLES B. MILBANK et al., as Executors of ROBERT MILBANK, Deceased, Respondents, Impleaded with Another.

*Siebert* v. *Milbank*, 95 App. Div. 566, affirmed.
(Argued January 10, 1905; decided January 24, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1904, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

The following question was certified:

"Does the complaint state facts sufficient to constitute a cause of action?"

*Richard M. Martin* for appellant.

*Francis D. Pollak* for respondents.

Order affirmed, with costs, with leave to plaintiff to serve amended complaint within twenty days after service of notice, upon payment of such costs. Question certified answered in the negative; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.